# "LETTER OF ROGATORY"

I accept your charge(s) for value and consideration in return for Post Settlement & Closure of Case # 2:16-cr-00062-D-BB, account # 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 cusip # 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, Autotris # 4555558539. Please use my exemption for full settlement and closure of this account is prepaid and exempt from levy. Furthermore I am the blood & flesh foreign person, Secured party creditor, authorize representative to the coporate entity Strawman created by the state in 1933 therefore verifying I am foreign to coporate jurisdiction. I have now officially on record "redeem the bond"/ indictment in Case # Case # 2:16-cr-00062-D-BB an my immediate release is warranted within 30 days of this date.

Date: 1/12/22   Signature: Richard Charls Cummings Jr.

JAN 18 2022

1 of 4

ATTN CFO
CFO Clerk/Sydney A. Fitzwater
ADDRESS 205 S.E. 5th Ave., Room 133

## NOTICE OF ACCEPTANCE FOR VALUE

Dear

"I accept the attached charge for value and return it for value discharged per Public Policy Insurance Bond HJR 192 of 1933 and UCC 10-104 and 1-104 which is my congressionally stipulated Right."

The United States, Inc. created a Tacit Mortgage on my private property without my knowledge or consent and is using it as collateral for borrowing loans of credit and money substitutes from the non-federal Federal Reserve Bank

Under the laws of equity and U.S. Constitution, The United States, Inc. Cannot take private property for public use and put it at risk as collateral for loans without just compensation and without providing a Remedy for the recovery of accrued interest lawfully due to me for the risks of its use of my assets and wealth.

The provisions of this Remedy are found in Public HJR of 1933, a.k.a. Public Law 73-10, which suspended the Gold Standard and exempted US Citizens from paying their debts since the means of paying debts was taken away from them in 1933 and replaced with money substitutes that discharge debt in lieu of payment.

2 of 4

Public Policy Insurance Bond HJR 192 of 1933 is a superior bond that provides a Remedy for victims of President Roosevelt's Fraud Unlawful Conversion of their credit and Treason, and for Congress Complicity in these crimes. This unlawful conversion of credit created the Exemption upon which this debt write-off and discharge is based because of the 1933 Bankruptcy of the Corporate United States which exempts Congress from charges of Treason against the United States and indemnifies me and other citizens for their loss. Your Invoice is a negative charge to the debtor - my ens legis (government created) strawman - but a positive charge to me, a Secured Party Creditor of the Corporate United States.

Everything in Commerce, under the UCC, is reversed. A bill to your debtor (which is my strawman) is an offer of his credit to me, a Secured Party Creditor of the corporate United States.

I am accepting his credit and returning it to you as a Mutal offset credit exemption exchange to settle your charge against his account.

My endorsement of your presentment converts it into a Money Order Promissory Note that discharges your charge against my strawman with my mutal offset credit exemption exchange per Public Policy Insurance Bond HJR 192 of 1933

Your presentment (bill) is a demand for payment in "lawful money of account of the United States" postponed to when such "lawful money" is restored to circulation.

3 of 4

When Uncle Sam prints a $20 dollar bill, that bill must be paid by the Corporate United States upon demand.

Secured Party Creditors of the Coporate United States can tender a mutal offset credit exemption exchange to fulfill his strawman's obligation to pay with his private Personal credit.

By accepting substitute dollars bills in lieu of money we loan our private credit to Uncle Sam. Therefore we are to be paid back corresponding "dollar for dollar" portions of our private credit on demand.

Accrual income can be immediately added as an asset to an existing account because accrual income is accountable as soon as it is tendered and received instead of when collected. When a Secured Party Creditor of the corporate United States purchases or subscribes to something that he needs his mutal offset credit exemption exchange will discharge his "obligation to pay" in lieu of Federal Reserve Notes for no real money exists with which he can pay.

The United States has a priority obligation to the Secured Party Creditors of the corporate United States and a secondary obligation to the non-federal Federal Reserve Bank for its obligation to compensate its secured party creditors for its use of Federal Reserve Notes Instead of cash. Commercial Redemption is a legal administrative Remedy provided by Congress on June 5, 1933 via HJR 192 to exempt Congress from charges of Treason (its their law not mine.)

4 of 4

The Collective Entity Rule makes a clear distinction between a natural person created by God and the fictional person created by the state.

The Collective Entity was articulated in Hale v. Hale, 201 US 43, 26 S.Ct. 370, 50 L. Ed. 652
This is an Administrative Contract Remedy. It is not tendering payment.

There is no money to pay anything. Contracts are already in place in the background of the State. I am accepting your presentment and authorizing you to set-off and discharge the debt with said credit.

There is no evidence refuting the statements made in this NOTICE OF ACCEPTANCE FOR VALUE, and the undersigned believes that no such evidence exists.

If you wish to dispute this NOTICE OF INFORMATION do not hesitate to timely reply in writing within the next two weeks.

In witness hereof, I certifying on penalties of perjury that all the statements made above are true, correct, and complete, and not intended to mislead.

Very Truly

Richard Charles Cummings Jr.

Secured Party Creditor



Name: Richard Cunningham
Reg. No.: 89315-051
Federal Correctional Institution
P.O. Box 6000
Florence, CO. 81226

**\* Leagal Mail \***

**\* Leagal Mail \***

DENVER CO 802
13 JAN 2022 PM 6 L

RECEIVED
JAN 18 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK
United States District Court
Northern District of Texas
205 S.E. 5th Ave., Room 133
Amarillo, TX 79101

Do Not Delay, Destroy or Tamper with
Per F.R. Crim. P. 1698, 1701 & 1703

**\* Legal Mail \***

1/12/22